**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Lauren Timmerman, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v<br><br>Global Product Management, Inc. and Dish Direct, Inc.,<br><br>    *Defendants*. | Case No. 2:23-cv-01078-JS-ST<br><br><br>**ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Lauren Timmerman individually and on behalf of herself, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

Date: June 12, 2023            Respectfully submitted:

                                          By:  */s/ Jason P. Sultzer*
                                                   Jason P. Sultzer, Esq.
                                                   **THE SULTZER LAW GROUP, P.C.**
                                                   85 Civic Center Plaza, Suite 200
                                                   Poughkeepsie, NY 12601
                                                   (845) 483-7100
                                                   *sultzerj@thesultzerlawgroup.com*

                                                   *Counsel for Plaintiff*

The Clerk of Court is directed to CLOSE this case.

**SO ORDERED** this 13th day of June 2023 at Central Islip, New York.

                                                   /s/ JOANNA SEYBERT
                                                   U.S. District Judge, E.D.N.Y.